

# United States District Court
# Eastern District of California

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANC | Case Number: 2:24-cv-01232 |
| Plaintiff(s) | |
| V. | |
| KRYSTAL VALDOVINOS, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William J. Perry hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Krystal Valdovinos

On 04/27/1998 (date), I was admitted to practice and presently in good standing in the USDC Middle District of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/25/2024       Signature of Applicant: /s/ William J. Perry

**Pro Hac Vice Attorney**

Applicant's Name: William J. Perry

Law Firm Name: Interpleader Law, LLC

Address: 5800 One Perkins Place Drive, Suite 2A

City: Baton Rouge   State: LA   Zip: 70808

Phone Number w/Area Code: (225) 246-8706

City and State of Residence: Baton Rouge, Louisiana

Primary E-mail Address: william.perry@interpleaderlaw.com

Secondary E-mail Address: michael.hoover@interpleaderlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anthony J. Parascandola

Law Firm Name: BOWMAN AND BROOKE LLP

Address: 970 West 190th Street, Suite 700

City: Torrance   State: CA   Zip: 90502

Phone Number w/Area Code: (310) 380-6522   Bar #: 140217

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 27, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF ELECTRONIC FILING / SERVICE

I hereby certify that on June 26, 2024, I filed the foregoing document entitled **APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

BY:  */s/ Anthony J. Parascandola*
     Anthony J. Parascandola