


# United States District Court
# Eastern District of California

The Lincoln National Life Insurance Company
Plaintiff(s)

V.

Krystal Valdovinos, et al
Defendant(s)

Case Number: 2:24-cv-01232-DJC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Benjamin Allred Johnson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
The Lincoln National Life Insurance Company

On 10/28/2021 (date), I was admitted to practice and presently in good standing in the Tennessee Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/10/2024 Signature of Applicant: /s/ Benjamin A. Johnson

**Pro Hac Vice Attorney**

Applicant's Name: Benjamin Allred Johnson

Law Firm Name: Bradley Arant Boult Cummings LLP

Address: 1221 Broadway

Suite 2400

City: Nashville State: TN Zip: 37203

Phone Number w/Area Code: (615) 252-3881

City and State of Residence: Nashville, TN

Primary E-mail Address: bjohnson@bradley.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexis M. Buese

Law Firm Name: Bradley Arant Boult Cummings LLP

Address: Thousand & One

1001 Water Street, Suite 1000

City: Tampa State: FL Zip: 33602-5809

Phone Number w/Area Code: (813) 559-5511 Bar # 259812

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 22, 2025

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE