UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br>    v.<br><br>KRYSTAL VALDOVINOS, DIONISIA NIEVES and ERIC MICHAEL PUCHTA,<br><br>    Defendants. | Case No. 2:24-cv-01232-DJC-CKD<br><br>**ORDER TO DISBURSE FUNDS** |

Pursuant to the stipulation of the parties, FRCP 41, and Eastern District of California Local Rule 150, the Court orders as follows:

1.  The clerk is directed to pay all funds interpleaded in this case and held by the Court to Defendant-in-Interpleader Eric Puchta, <u>including all principal and any accrued interest.</u> Because this order is based on the stipulation of the parties, the Clerk is directed to make this payment without further delay. (Local Rule 150(e).)

2.  Payment shall be made to Eric Puchta at 866 Racoon Valley Drive, Manteca, CA 95336. Payment may be made via electronic transfer of funds.

3.  The case is dismissed with prejudice, all parties to bear their own fees and costs.

IT IS SO ORDERED, ADJUDGED, AND DECREED.


Dated:  April 2, 2025                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE